| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Brooks R. Brown SBN:250724<br>GOODWIN PROCTER LLP<br>10250 Constellation Blvd., 21st Floor<br>Los Angeles, CA 90067<br>Tel: 310-788-5100<br>Fax: 310-286-0992<br>bbrown@goodwinprocter.com<br>*Attorney for* PPF MF 900 North Broadway, LP | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
Chinatown Blossom Plaza, LLC

Debtor.

|  | |
|---|---|
| Plaintiff(s), | CHAPTER 11<br><br>CASE NUMBER 2:09-bk-15020-BR |
| VS. | ☐   ADVERSARY NUMBER (If Applicable) |
| Defendant(s). | (No Hearing Required) |

## APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR
## IN A SPECIFIC CASE [Local Bankruptcy Rule 2090-1(b)]

1.    I, Kenneth Brent Tomer _____, hereby apply to the Court under Local Bankruptcy Rule 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained *(Specify Name of Party)*:
PPF MF 900 North Broadway

2.    I am a lawyer with the following law firm *(Specify Name and Address of Law Firm)*:
Goodwin Procter, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

3.    I am a member in good standing and eligible to practice before the following Courts, and admitted to practice on the following dates *(Specify Name of Jurisdiction and Date of Admission to Practice in such Jurisdiction)*:
New York State Bar, 7/26/2006
U.S.D.C. Southern District of New York, 6/3/2008

4.    I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any Court.

5.    I have concurrently or within the past 36 months made *pro hac vice* applications to this Court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| | | | | |

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 2090-1.2**

American LegalNet, Inc.
www.FormsWorkflow.com

Application of Non-Resident Attorney to Appear in a Specific Case [Local Rule 2090-1(b)] - *Page 2*    **F 2090-1.2**

| In re<br>Chinatown Blossom Plaza, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 2:09-bk-15020-BR |

6.  I ☐ have  ☒ have not   been disciplined by any court or administrative body  ☐ disciplinary proceedings are pending; details are as follows:

_____

_____

_____

_____

I ☐ resigned    ☐ did not resign    while disciplinary proceedings were pending.

7.  I certify that I have read the Local Bankruptcy Rules, the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence, in their entirety.

8.  I designate the following person of the following law firm who is a member of the Bar of this Court and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

*Name of Attorney (Designee):*
Brooks R. Brown
*Name and Address of Law Firm:*
GOODWIN PROCTER LLP
10250 Constellation Blvd.
Los Angeles, California 90067

*Telephone number of Law Firm:*
310-788-5100

9.  My residence address is:
75 Roebling Street Apt. 3A
Brooklyn, NY 11211

10.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 6/3/2009

Kenneth Brent Tomer
_____
*Type Name of Applicant*

_____
*Signature of Applicant*

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

Dated: 6/3/2009

Brooks R. Brown
_____
*Type Name of Designee*

/s/  Brooks R. Brown
_____
*Signature of Designee*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 2090-1.2**

American LegalNet, Inc.
www.FormsWorkflow.com

Application of Non-Resident Attorney to Appear in a Specific Case [Local Rule 2090-1(b)] - *Page 3*      **F 2090-1.2**

| In re<br>Chinatown Blossom Plaza, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 2:09-bk-15020-BR |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
GOODWIN PROCTER LLP
10250 Constellation Blvd.
Los Angeles, California 90067

A true and correct copy of the foregoing document described as Application of Non-Resident Attorney to Appear in a Specific Case [Local Bankruptcy Rule 2090-1(b)] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____6/3/09____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- Summer Saad   summer@wsrlaw.net
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Daniel J. Weintraub   dan@wsrlaw.net

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ____6/3/09____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Weintraub & Selth, APC
12121 Wilshire Blvd., Suite 1300
Las Angeles, CA 90025

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/3/09 | Britani N. Selzler | |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 2090-1.2**

American LegalNet, Inc.
www.FormsWorkflow.com

Application of Non-Resident Attorney to Appear in a Specific Case [Local Rule 2090-1(b)] - *Page 4*    **F 2090-1.2**

| | |
|---|---|
| In re<br>Chinatown Blossom Plaza, LLC<br><br>Debtor. | CHAPTER <u>11</u><br><br>CASE NUMBER 2:09-bk-15020-BR |

## ADDITIONAL SERVICE INFORMATION (if needed):

## Creditor Mailing List

**ALLEN, MATKINS, ET AL**
515 S FIGUEROA ST STE 700
LOS ANGELES, CA 90071

**Allen, Matkins, Et Al.**
1901 Avenue Of The Stars, Suite 1800
Los Angeles, CA 90067-6019

**Bell, Boyd & Lloyd, LLP**
70 West Madison St., Suite 3100
Chicago, IL 60602-4207

**Community Development Department**
City Of Los Angeles
1200 W. Seventh St., 6th Floor
Los Angeles, CA 90017

**Community Redevelopment Agency**
Of City Of Los Angeles
354 S. Spring St., Suite 800
Los Angeles, CA 90013

**Cox, Castle & Nicholson LLP**
2049 Century Park East, Suite 2800
Los Angeles, CA 90067
Attn: Charles E. Noneman, Esq.

**First American Title Insurance Company**
NDTS Division
3 First American Way
Santa Ana, CA 92707

**Horizon Development Consulting**
101 California St., Suite 2450
San Francisco, CA 94111

**Jeffer Mangels Butler & Marmaro, LLP**
1900 Avenue Of The Stars, 7th Floor
Los Angeles, CA 90067

**King & Spalding LLP**
1180 Peachtree St. NE
Atlanta, GA 30309

**Nakada & Associates, Inc.**
523 West Sixth St., Suite 1200
Los Angeles, CA 90014-1218

**PPF MF 900 North Broadway, LLP**
C/O Morgan Stanley Real Estate Advisor
555 California St., Suite 2100
San Francisco, CA 94104

**PPF MF 900 North Broadway, LLP**
C/O Morgan Stanley Real Estate Advisor
3824 Peachtree Road NE
Atlanta, GA 30326

**PPF MF 900 North Broadway, LLP**
C/O Morgan Stanley Real Estate Advisor
1585 Broadway
New York, NY 10036

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 2090-1.2**

American LegalNet, Inc.
www.FormsWorkflow.com